# Christopher A. Antcliff
*Attorney/Mediator/Arbitrator*
**Former State Court of Appeals Justice**
**Former State District Court Judge**
221 N. Kansas, Suite 1201
El Paso, Texas 79901

Tel. (915) 533-1221
Fax. (915) 533-1225

www.antcliffmediation.com
chris@antcliffmediation.com

**FILED**
JUL 2 9 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

July 29, 2015

*Sent via facsimile: (432) 686-4013*
Hon. Harry Lee Hudspeth
United States District Judge
200 E. Wall, Rm. 222
Midland, Texas 79701

RE:   *Allen E. Coleman v. Trican Well Servic, LP.;*
       Cause No. MO-15-CV-0024-HLH

Dear Judge Hudspeth:

This letter is to inform you that the parties mediated the above-captioned cause with me yesterday and they were able to reach an agreement. Counsel for the parties have commenced the process of preparing the appropriate documentation and will submit same to the Court as soon as possible.

As always, if you have any questions or concerns, please feel free to contact me at your convenience.

Very truly yours,

Chris Antcliff

cc:   Mr. John Wenke
       Fax: (915) 351-9955

       Ms. Carolyn Russell
       Fax: (713) 655-0020